**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **JLM Financial Healthcare, LP** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 45-2820443 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3839 Bee Cave Rd., Suite 205**<br>**Austin, TX 78746**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Travis**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)  _____

**6.   Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **JLM Financial Healthcare, LP**
Name

Case number (*if known*) _____

**7.   Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- [x] No
- [ ] Yes.

Debtor  SEE ATTACHED                  Relationship _____

District _____  When _____  Case number, if known _____

Debtor    **JLM Financial Healthcare, LP**    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br> What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br> Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br> Contact name _____<br> Phone _____ |

---

**■ Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .   *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| **14.** | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| **15.** | **Estimated Assets** | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **JLM Financial Healthcare, LP** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member**

    **By: JLM Financial Investments 13, LLC, a Texas limited liability company, its general partner**

    **By: _____**
       **Patrick Laffey, its Manager and Designated Representative**

---

**18. Signature of attorney**

***X*** _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**    Email address _____

**06183621**
Bar number and State

**Burke Warren MacKay & Serritella P.C.**
Firm name

**330North Wabash Avenue**
**Suite 2100**
**Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone    **312-840-7000**    Email address _____

---

| Debtor | JLM Financial Healthcare, LP | Case number *(if known)* |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

By: JLM Financial Investments 13, LLC,
a Texas limited liability company,
its general partner

By: _____
Patrick Laffey, its Manager and
Designated Representative

_____

**18. Signature of attorney**   X _____      Date  10/30/17
Signature of attorney for debtor                              MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777      Email address _____

06183621
Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone  312-840-7000      Email address _____

### RELATED BANKRUPTCY CASES FILED

| Debtor | Relationship | District | Date Filed | Case No. |
|--------|--------------|----------|------------|----------|
| BT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CC Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| FT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| SV Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| TN Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| WCT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **JLM Financial Healthcare, LP** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barnes & Thornburg LLP 11 S. Meridian Street Indianapolis, IN 46204-2525** | | | | | | **$12,049.03** |
| **Daniel McNamara c/o O'Donnell Haddad LLC 14044 Petronella Drive, #1 Libertyville, IL 60048** | | | | | | **$0.00** |
| **PointClickCare 5570 Explorer Drive Mississauga, ON** | | | | | | **$0.00** |
| **Rehab Care Group 680 South Fourth St. Louisville, KY 40202** | | | | | | **$0.00** |
| **Stagg Terenzi Confusione & Wabnik 401 Franklin Ave. Suite 300 Garden City, NY 11530** | | | | | | **$92,156.07** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

Aiman Ghattas
522 Morel Court
Saint Albans, MO 63073

.

Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-2525

Daniel McNamara
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

MidCap Funding IV, LLC
7255 Woodmont Ave.
Suite 250
Bethesda, MD 20814

PointClickCare
5570 Explorer Drive
Mississauga, ON

PointClickCare
P.O.Box 674802
Detroit, MI 48267

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

Service Lloyd Insurance Co.
6907 Capital of Texas Hwy
Austin, TX 78731

Stagg Terenzi Confusione & Wabnik
401 Franklin Ave.
Suite 300
Garden City, NY 11530

# United States Bankruptcy Court
## Northern District of Illinois

In re   JLM Financial Healthcare, LP

Debtor(s)

Case No.
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   JLM Financial Healthcare, LP   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JLM Financial Investments 13, LLC,
a Texas limited liability company,
its general partner**

☐ None [*Check if applicable*]

10/30/17

Date

DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for   JLM Financial Healthcare, LP
**Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114**